IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| PAUL LEWIS ROBINSON, | : |
| Plaintiff, | : |
| v. | : Case No. 3:22-cv-00013-CAR-CHW |
| CAPTAIN JOHN MINTON, *et al.*, | : |
| | : Proceedings Under 42 U.S.C. § 1983 |
| Defendants. | : Before the U.S. Magistrate Judge |

## ORDER

On February 9, 2022, the Court entered judgment against Plaintiff Paul Robinson by ordering the dismissal of this action due to Plaintiff's having incurred "three strikes." (Doc. 4). *See* 28 U.S.C. § 1915(g). Plaintiff has now filed a "petition for removal" of an ongoing state criminal action (Doc. 8), echoing requests for relief that Plaintiff previously made in his complaint. Although the Court received Plaintiff's filing after it entered judgment, the filing bears a pre-judgment signature date of February 7, 2022. The filing's substance does not attack the propriety of the Court's judgment.

*Younger* abstention principles would likely bar Plaintiff's request for relief, could the Court consider the merits of Plaintiff's claims. More importantly, though, Plaintiff offers no rationale to challenge the three-strikes ruling upon which the Court founded its judgment. For that reason, Plaintiff's motion is not properly construed as seeking relief under Rule 60(b) of the Federal Rules of Civil Procedure. Rather, Plaintiff's filing appears to be merely supplementary of his prior Complaint, which again the Court has now

1

dismissed. Because this filing does not request any relief that the Court can grant, the Clerk of Court is **DIRECTED to terminate** Plaintiff's "petition for removal." (Doc. 8).

    **SO ORDERED**, this 13th day of April, 2022.

                                            s/ Charles H. Weigle
                                            Charles H. Weigle
                                            United States Magistrate Judge